Kamron A. Keele (11841)
29 South State Street, #212
Salt Lake City, UT 84111
Telephone: (801) 661-7706
kamronkeele@gmail.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRANDON KENNEDY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROTECTION ONE ALARM MONITORING, INC, a Delaware corporation doing business in Utah, BRITE ENERGY SOLAR, INC., a Delaware corporation doing business in Utah, and JOHN DOES, individuals or entities 1 THROUGH 10, all whose names are unknown,<br><br>Defendants. | [PROPOSED] ORDER (RE: PLAINTIFF'S MOTION TO EXTEND TIME PERIOD TO AMEND HIS INITIAL PLEADINGS)<br><br>Civil No.  2:16-cv-00889<br><br>Judge David Nuffer |

After consideration of the pleadings and record and the arguments of the parties therein;

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time Period to Amend his Initial Pleadings is GRANTED.

DATED this ___ day of _____ 2017.

BY THE COURT

_____
Judge David Nuffer

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2017, I caused to be served via the Court's electronic filing system a true and correct copy of the foregoing to be delivered to the following:

Robert O. Rice (#6639)

Elaina Maragakis (#7929)

Whitney Hulet Krogue (#15184)

_____/S/*Kamron Keele*_____
Kamron Keele, Esq.